JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

Case No.: 2:19-cv-04792-AB (ASx)

Shonna Counter,

        Plaintiff,

v.

Public Storage, a Real Estate
Investment Trust; and DOES 1-10,

        Defendants.

**ORDER OF DISMISSAL FOR
LACK OF PROSECUTION
WITHOUT PREJUDICE**

On December 27, 2021, the Court issued an Order to Show Cause why this case should not be dismissed for lack of prosecution. (Dkt. No. 39). A written response to the Order to Show Cause was ordered to be filed no later than January 5, 2022. No response having been filed to the Court's Order to Show Cause,

**IT IS ORDERED AND ADJUDGED** that the above-entitled case is dismissed, without prejudice, for lack of prosecution and for failure to comply with the orders of the Court, pursuant to Local Rule 41.

Dated:  January 6, 2022

_____
HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE